COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     LG Chem, Ltd. v. Tommy Morgan

Appellate case number:   01-19-00665-CV

Trial court case number:  100728-CV

Trial court:             239th District Court of Brazoria County

Appellee, Tommy Morgan, has filed two motions for admission pro hac vice requesting admission of two non-resident attorneys, Angela J. Nehmens and William A. Levin. Each motion is supported by a motion of a resident Texas attorney, A. Craig Eiland, who states that Ms. Nehmens and Mr. Levin are reputable attorneys and recommends that both be granted permission to participate in this appeal. *See* TEX. RULES GOVERN. BAR ADM'N R. XIX(b). All of the motions comply with the Texas Rules of Appellate Procedure and the Rules Governing Admission to the Texas Bar. *See* TEX. R. APP. P. 9.4, 10.1(a); TEX. RULES GOVERN. BAR ADM'N R. XIX. The motions certify that the parties have conferred and that no party opposes the motions. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, the Court **grants** the motions and **orders** Angela J. Nehmens and William A. Levin be admitted pro hac vice to participate in this appeal.

It is so ORDERED.


Judge's signature: _/s/ Evelyn V. Keyes_____
                    ☑ Acting individually    ☐ Acting for the Court


Date: __November 19, 2019__